PROB 12C
(6/16)

Report Date: September 2, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2026

SEAN F. MCAVOY, CLERK

ECF No 41

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aron Michele Laureano Case Number: 0980 2:18CR00112-MKD-1

Address of Offender: [redacted] Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 27, 2019

Original Offense: Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence: Prison - 78 Months; TSR - 60 Months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: David Michael Herzog

Date Supervision Commenced: November 18, 2024

Defense Attorney: Federal Public Defender

Date Supervision Expires: November 17, 2029

---

## PETITIONING THE COURT

To issue a summons.

On November 19, 2024, Ms. Aron Laureano, signed her conditions relative to case number 2:18CR00112-MKD-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Ms. Laureano is alleged to have violated mandatory condition number 1, by engaging in conduct constituting assault in the fourth degree, on or about August 26, 2026, in Spokane, Washington.

According to police reports, on August 26, 2026, law enforcement was dispatched to a location on North Division regarding a possible domestic violence assault that had occurred. Upon arrival, law enforcement accepted a statement from the victim, who disclosed that he had been dating the subject for approximately 1 week, but they had recently broken up. The victim indicated that on the day in question Ms. Laureano had arrived at his place of employment, approached him and pushed him. The subject noted that other employees attempted to break up the altercation, after which the subject began yelling at them and subsequently departed the area.

Officers then conducted a review of security footage, which substantiated the subject's arrival and her having pushed the victim on multiple occasions to include one push that connected with the victim's "neck area." Officers determined that probable cause existed for the subject's arrest, and subsequently took her into custody at her place of employment on the day in question. Ms. Laureano was booked into the Spokane County Jail for 1 count of Assault in the Forth Degree, in violation of R.C.W. 9A.36.041, a Gross Misdemeanor. Ms. Laureano was released from the Spokane County Jail on August 27, 2026.

On August 28, 2026, Ms. Laureano reported to the U.S. Probation Office as directed to allow for further investigation of her conduct. During the contact, Ms. Laureano refuted some of the information provided by the victim, to include that she and the victim were in a relationship, but admitted to having pushed the victim. Ms. Laureano indicated that she had traveled to the victim's place of employment to get his attention and with good intentions, but admitted that in hindsight she had handled the situation poorly.

Ms. Laureano has a pre-trial conference scheduled relative to her pending state charge that is set for September 30, 2026, at 9:30 a.m., in Spokane.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 2, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

September 3, 2026

Date